```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :      25cr41-5 (DLC)
            -v-                           :
                                          :         ORDER
SANDRO OLIVEROS-CHERO,                    :
                                          :
                        Defendant.        :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

The Court having been informed that the defendant wishes to enter a change of plea, it is hereby

ORDERED that a change of plea hearing is scheduled for **November 20, 2025 at 3:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         November 17, 2025

                                           _____
                                                DENISE COTE
                                   United States District Judge