UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :        25cr41-5 (DLC)
            -v-                           :
                                          :        ORDER
SANDRO OLIVEROS-CHERO,                     :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter is
adjourned to March 5, 2026 at 2:30 PM in Courtroom 18B, 500
Pearl Street.

IT IS FURTHER ORDERED that any defense sentencing
submissions shall be due February 26.  Any Government
submissions shall be due March 2.  At the time the submissions
are due, counsel shall provide a courtesy copy to Chambers by
mail or delivery to the United States Courthouse, 500 Pearl
Street, New York, New York.

Dated:    New York, New York
          February 5, 2026

                                    _____
                                          DENISE COTE
                                    United States District Judge