# EXHIBIT A

Honorable Denise L. Cote, U.S.D.J.

Daniel Patrick Moynihan U.S. Courthouse

500Pearl Street

New York, New York 10007

Ref: Character Reference Letter for Sandro Oliveros-Cher

My name is Gladys Elizabeth Chero Morales, and I am writing to Your Honor to testify about the true character of Sandro Oliveros-Chero. I am Sandro Oliveros-Chero's aunt, and I want to share something about him. I have known him since he was little, and I have seen how he has matured over time. He is a guy with a huge heart and has always been willing to help others. I consider him a good guy, a person of principle whom I love deeply.

Over the years, I have seen how he has stood out for his solidarity and support of our family. We have always counted on him in difficult times, and he has always been willing to help without hesitation. As his aunt, I have witnessed his generosity and loyalty towards those around him. I am aware that Sandro is facing sentencing proceedings, but I can attest that the Sandro I know is the one who is always there to lend a helping hand and who has proven to be a valuable member of his community.

This situation has been very hard for my nephew and his family. I know they are suffering a lot from his absence. That's why I want to say that I will continue to support Sandro, no matter what happens. I trust him and I will be by his side to help and support him, because he is a good boy and I know he can get through this. And I will support him in his reintegration into the community as a good man.

Thank you in advance for taking the time to read this letter and consider Sandro's human side when making your decision.

Respectfully,


Sincerely,

Gladys Elizabeth Chero Morales

Aunt of Sandro Oliveros

Honorable Denise L. Cote, U.S.D.J.

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

New York, New York 10007

Ref: Carta de Referencia de Carácter para Sandro Oliveros-Chero

Estimado Juez Cote:

Mi nombre es Gladys Elizabeth Chero Morales y me dirijo a Su Señoría con el propósito de dar testimonio del verdadero carácter de Sandro Oliveros-Chero. Soy la tía de Sandro Oliveros-Chero y quiero compartir algo sobre él. Lo conozco desde que era pequeño y he visto cómo ha madurado con el tiempo. Es un chico con un corazón enorme y siempre ha estado dispuesto a ayudar a los demás lo considero un buen muchacho, es una persona de principios a quien quiero profundamente.

A lo largo de los años, he visto cómo se ha destacado por su solidaridad y apoyo a nuestra familia. Siempre hemos contado con él en momentos difíciles, y él siempre ha estado dispuesto a ayudar sin dudar. Como su tía, he sido testigo de su generosidad y lealtad hacia quienes lo rodean. Soy consciente de que Sandro enfrenta un proceso de sentencia pero doy fe de que El Sandro que yo conozco es el que siempre está presente para dar una mano amiga y el que ha demostrado ser un miembro valioso de su entorno.

Esta situación ha sido muy dura para mi sobrino y familia. Sé que están sufriendo mucho por su ausencia, Por eso, quiero decir que voy a seguir apoyando a sandro, pase lo que pase. Confío en él y estaré a su lado para ayudarlo y apoyarlo, porque es un buen muchacho y sé que puede salir adelante. Y poyarlo en su reintegración a la comunidad como un hombre de bien.

Le agradezco de antemano por tomarse el tiempo de leer esta carta y considerar el lado humano de Sandro al momento de tomar su decisión.

Respetuosamente,

Atte.

Gladys Elizabeth Chero Morales

Tía, de, Sandro Oliveros

Honorable Denise L. Cote, U.S.D.J.

Daniel Patrick Moynihan U.S. Courthouse

500Pearl Street

New York, New York 10007

Ref: Character Reference Letter for Sandro Oliveros-Cher

Dear Honorable Cote:

My name is Gladys Erlinda Morales Torres and I am writing to Your Honor to testify to the true character of my beloved grandson, Sandro Oliveros.

As Sandro's grandmother, I have had the privilege of watching him grow and become a young man full of good principles and values. Over the years, I have seen how he has distinguished himself through his dedication to his family and his willingness to help those around him. He has always been there in the most difficult moments, showing a generosity and kindness that fills me with pride.

Sandro has gone through some difficult times, but he has always been willing to correct his mistakes and move forward. I am aware that he is facing legal proceedings at this time, and therefore, I want to express my unconditional support for him. I am sure that Sandro has the heart of a good young man who is willing to learn and improve.

This situation has been very difficult for him and his family, as we all suffer from his absence. Despite this, I have complete faith that Sandro is committed to his personal growth and to doing the right thing. I pledge to continue supporting him and to be by his side throughout his rehabilitation process, helping him to move forward and reintegrate into the community as a good man.

I am deeply grateful for you taking the time to read this letter and consider Sandro's human side when making your decision.

Respectfully,

Gladys Erlinda Morales Torres

Sandro Olivero's Grandmother

Honorable Denise L. Cote, U.S.D.J.

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

New York, New York 10007

Ref. Carta de Referencia de Carácter para Sandro Oliveros

Estimado Juez Cote:

Mi nombre es Gladys Erlinda Morales Torres y me dirijo a Su Señoría con el propósito de dar testimonio del verdadero carácter de mi querido nieto, Sandro Oliveros.

Como abuela de Sandro, he tenido el privilegio de verlo crecer y convertirse en un joven lleno de buenos principios y valores. A lo largo de los años, he visto cómo se ha destacado por su dedicación a su familia y su disposición para ayudar a quienes lo rodean. Siempre ha estado presente en los momentos más difíciles, mostrando una generosidad y amabilidad que me llena de orgullo.

Sandro ha pasado por momentos complicados, pero siempre ha estado dispuesto a enmendar sus errores y seguir adelante. Soy consciente de que enfrenta un proceso judicial en este momento, y por ello, quiero expresar mi apoyo incondicional hacia él. Estoy segura de que Sandro tiene el corazón de un buen joven que está dispuesto a aprender y mejorar.

Esta situación ha sido muy dura para él y su familia, ya que todos sufrimos por su ausencia. A pesar de ello, confío plenamente en que Sandro está comprometido con su crecimiento personal y con hacer lo correcto. Me comprometo a seguir apoyándolo y a estar a su lado en su proceso de rehabilitación, ayudándole a salir adelante y reintegrarse a la comunidad como un hombre de bien.

Le agradezco profundamente por tomarse el tiempo de leer esta carta y considerar el lado humano de Sandro en el momento de tomar su decisión.

Respetuosamente,

Gladys Erlinda Morales Torres

Abuela de Sandro Oliveros

Denise L. Cote U.S.D.J.

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

New York, New York 10007

Dear Honorable Cote:

I am writing this letter with much respect to speak of Sandro Oliveros. Although I am not directly his aunt by blood, I am an aunt of his first cousins and I have been part of the extended family in which Sandro grew up.

Because of my close relationship with his aunts, uncles, and cousins, I've met Sandro on several occasions over the years. What has always struck me about him is his politeness and the warmth with which he treats everyone present. Whenever I've seen him, he has shown himself to be a very helpful and attentive young man, with a genuine willingness to lend a hand at family gatherings.

The love he has for his family is evident. I've noticed the respect he has for his parents and his constant willingness to support his father in his food business. To me, Sandro has always projected the image of a humble, hardworking person, and above all, someone very humane and respectful of his elders.

I appreciate you taking into account this testimony from someone who, from a close family perspective, can attest that Sandro is a man with noble feelings and a positive presence for those around him.

Respectfully,

Georgina De Rojas

CI 18910884

Denise L. Cote, U.S.D.J.

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

Nueva York, Nueva York 10007

Estimado Juez Cote

Le escribo esta carta con mucho respeto para hablarle de Sandro Oliveros. Aunque no soy su tía directa de sangre, soy tía de sus primos carnales y he formado parte del entorno familiar extendido en el que Sandro creció.

Debido a la cercanía que tengo con sus tíos y primos, he coincidido con Sandro en diversas ocasiones a lo largo de los años. Lo que siempre me ha llamado la atención de él es su educación y la calidez con la que trata a todos los presentes. Siempre que lo he visto, se ha mostrado como un joven muy servicial, atento y con una disposición muy noble para ayudar en lo que haga falta en las reuniones familiares.

Es evidente el cariño que siente por su familia. He podido notar el respeto que le tiene a sus padres y la disposición que siempre ha tenido para apoyar a su papá en su negocio de comida. Para mi, Sandro siempre ha proyectado la imagen de ser una persona humilde, trabajadora y, sobre todo, muy humana y respetuosa con los mayores.

Le agradezco que tome en cuenta este testimonio de alguien que, desde una perspectiva familiar cercana, puede dar fe de que Sandro es un hombre con sentimientos nobles y una presencia positiva para quienes lo rodean.

Respetuosamente,

Georgina de Rojas

C.I 18910884

Denise L. Cote U.S.D.J.

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

New York, New York 10007

Dear Honorable Cote:

I am writing this letter with complete sincerity to tell you about my cousin, Sandro Oliveros. I am 18 years old and, like the rest of my family, I have grown up with him, sharing every important moment of my life.

Ever since I was a little boy, I've always seen Sandro as an exceptionally loving person. He has a very special way about him; he always greets you with a gesture of affection or a word of encouragement. In our house, Sandro is the one who always makes sure we're all emotionally okay. He's incredibly attentive to his sisters and, above all, to his son, whom he loves with a tenderness that truly touches anyone who sees it.

Sandro has always been a pillar of support in our family. He's a son who adores his mother and grandmother, and he's always been willing to work hard alongside his father to help out at home. He's never been selfish; on the contrary, his humility and willingness to help others are what define him most.

I miss him so much, and it hurts to see the void his absence leaves in our gatherings and in our daily lives. I know he's a kind-hearted person who deeply loves his family and always tries his best to make us happy.

I sincerely thank you for reading these words and for allowing me to get to know, through them, the great human being that my cousin Sando is.

Respectfully,

Jhonaiker Chero

CI 32.628.798

Denise L. Cote, U.S.D.J.

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

Nueva York, Nueva York 10007

Estimado Juez Cote

Le escribo esta carta con mucha sinceridad para hablarle de mi primo, Sandro Oliveros. Tengo 18 años y, al igual que el resto de mi familia, he crecido junto a él compartiendo cada momento importante de mi vida.

Desde que era un niño pequeño, siempre vi en Sandro a una persona excepcionalmente cariñosa. Él tiene una forma de ser muy especial; siempre te recibe con un gesto de afecto o una palabra de aliento. En nuestra casa, Sandro es quien siempre se asegura de que todos estemos bien emocionalmente. Es increíblemente atento con sus hermanas, con su hermano y, sobre todo, con su hijo, a quien ama con una ternura que realmente conmueve a cualquiera que lo vea.

Sandro siempre ha sido un pilar de apoyo en nuestra familia. Es un hijo que adora a su madre y a su abuela, y siempre ha estado dispuesto a trabajar duro junto a su padre para ayudar en el hogar. Nunca ha sido alguien egoísta; al contrario, su humildad y sus ganas de ayudar a los demás son lo que más lo definen.

Lo extraño mucho y me duele ver el vacío que deja su ausencia en nuestras reuniones y en el día a día. Sé que él es una persona de buen corazón que ama profundamente a su familia y que siempre busca dar lo mejor de sí para vernos felices.

Le agradezco de todo corazón que lea estas palabras y que pueda conocer a través de ellas el gran ser humano que es mi primo Sandro.

Respetuosamente,

Jhonaiker Chero

CI 32.628.798

Denise L. Cote U.S.D.J.

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

New York, New York 10007

Dear Honorable Cote:

I am writing this letter with complete sincerity to tell you about my nephew, Sandro Oliveros. As his uncle, I have had the privilege of watching him grow up since he was a child and of sharing much of his adult life with him.

I've spent a lot of time with Sandro and witnessed his growth as a man. I've seen him work tirelessly in his father's business, selling hot dogs and hamburgers, always showing a willingness to help his family. Sandro has never been one to complain; on the contrary, he's always been the first to arrive and the last to leave when it comes to supporting his dad at work.

What I admire most about him is his immense heart and his helpful nature. He's a man who lives for his family. I've seen how lovingly he treats his mother, how he respects his grandmother, and above all, the devotion he has for his young son. He's a humble person who always looks for ways to be of service to others.

For me, Sandro isn't just a nephew; he's a kind-hearted young man who has always been there for his family. His absence is deeply felt in our daily lives because he's a fundamental part of our family unity.

I sincerely thank you from my hear for taking into account this testimony from someone who truly knows him and has seen him strive for his family throughout his life.

Respectfully,

Jhonny Chero

CI 22520402

Denise L. Cote, U.S.D.J.

Daniel Patrick Moynihan U.S. Courthouse

500 Pearl Street

Nueva York, Nueva York 10007

Estimado Juez Cote

Le escribo estas palabras con total sinceridad para hablarle de mi sobrino, Sandro Oliveros. Como su tío, he tenido el privilegio de verlo crecer desde que era un niño y de compartir con él gran parte de su vida adulta.

He pasado muchísimo tiempo con Sandro y he sido testigo de su evolución como hombre. Lo he visto trabajar incansablemente en el negocio de su padre, vendiendo perros calientes y hamburguesas, siempre demostrando una disposición para ayudar a su familia. Sandro nunca ha sido de los que se quejan; al contrario, siempre ha sido el primero en llegar y el último en irse cuando se trata de apoyar a su papá en el trabajo.

Lo que más puedo destacar de él es su inmenso corazón y su carácter servicial. Es un hombre que se desvive por los suyos. He visto cómo trata con amor a su madre, cómo respeta a su abuela y, sobre todo, la dedicación que tiene hacia su pequeño hijo. Es una persona humilde que siempre busca cómo ser útil para los demás.

Para mí, Sandro no es solo un sobrino, es un joven de buenos sentimientos que siempre ha estado presente para su familia. Su ausencia se siente profundamente en nuestro día a día, porque él es una pieza fundamental en nuestra unión familiar.

Le agradezco de corazón que tome en cuenta este testimonio de alguien que lo conoce de verdad y que lo ha visto esforzarse por los suyos durante toda su vida.

Respetuosamente,

Jhonny Chero

*Jhonny Chero*
CI 22520402

**Eduardo Alexander Corro Chero**
Santiago, Chile
Email: eduardcorro@gmail.com

Friday, February 6, 2026

**Honorable Denise L. Cote, U.S.D.J.**
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Dear Honorable Judge Cote:

I am writing this letter respectfully for the purpose of providing a character reference for my cousin, **Sandro Junior Oliveros Chero**, with whom I have maintained a very close relationship since childhood.

My cousin and I grew up together and shared many important experiences throughout our lives. He is a person with strong values who has always cared deeply about the well-being of his family. Over time, he has demonstrated genuine concern for those around him and a strong sense of responsibility toward his loved ones.

I am fully aware that he has made serious mistakes for which there is no justification, and I understand the seriousness of the legal situation he is currently facing. However, I respectfully believe it is important for the Court to know that behind those mistakes is the person I was raised alongside: someone who taught me many important lessons throughout my life, who never hesitated to offer a helping hand to those in need, and who consistently demonstrated respect, support, and solidarity toward others.

I write this letter honestly and voluntarily, with the sole purpose of providing the Court with a personal reference regarding his character, and I respectfully ask that these words be considered as part of the judicial process.

Thank you very much for your time and consideration.

Respectfully submitted,

*Eduard corro*
Signature

Eduardo Alexander Corro Chero
Relationship: Cousin

Identification / ID: 28100545



**Eduardo Alexander Corro Chero**
Santiago de Chile
Correo electrónico: eduardcorro@gmail.com

Viernes 6 de febrero de 2026

**Honorable Denise L. Cote, U.S.D.J.**
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Estimado Honorable Juez Cote:

Por medio de la presente, me dirijo respetuosamente a usted con el fin de expresar mi testimonio sobre el carácter y comportamiento de mi primo, **Sandro Junior Oliveros Chero**, con quien mantengo una relación muy cercana desde nuestra infancia.

Mi relación con mi primo siempre ha sido muy unida, ya que crecimos juntos y compartimos numerosas experiencias importantes a lo largo de nuestras vidas. Sandro es una persona con valores, a quien siempre le ha importado profundamente el bienestar de su familia. A lo largo del tiempo, ha demostrado ser alguien que cuida de los suyos y que se preocupa genuinamente por quienes lo rodean.

Soy consciente de que ha cometido errores que no tienen justificación alguna, y entiendo plenamente la seriedad de la situación legal que enfrenta actualmente. Sin embargo, considero importante que la Corte conozca que detrás de esos errores se encuentra la persona con la que me crié: alguien que me enseñó muchas cosas a lo largo de mi vida, que nunca dudó en brindar una mano amiga a quien la necesitara y que siempre demostró valores de apoyo, respeto y solidaridad.

Esta carta la escribo de manera honesta y voluntaria, con el único propósito de aportar una referencia personal sobre su carácter, con la esperanza de que estas palabras puedan ser consideradas dentro del proceso judicial correspondiente.

Agradezco sinceramente el tiempo y la atención prestados.

Respetuosamente,

_Eduard corro_
Firma

Eduardo Alexander Corro Chero
Relación: Primo

Cédula / ID: 28100545

