# EXHIBIT B

# Certificado de Completación

Metropolitan Detention Center, Brooklyn
Brooklyn, New York



*Esto certifica que:*

## Sandro Oliveros Chero
Reg. No. 61506-511

Ha completado satisfactoriamente el libro de trabajo

### Familia y Otras Relaciones

Y se otorga este certificado este 2nd día de Octubre, 2025.

Dr. Branco
Psicóloga

# Certificado de Completación

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*Esto certifica que:*

## Sandro Oliveros
Reg. No. 61506-511



## Ha completado satisfactoriamente el libro de trabajo

### Adaptacion Turning Point Module

*Y se otorga este certificado este 17th dia de Diciembre, 2025.*

Dr. Branco
Psicóloga



# Certificado de Completación



Metropolitan Detention Center, Brooklyn
Brooklyn, New York

Esto certifica que:

**Sandro Oliveros Chero**
Reg. No. 61506-511

Ha completado satisfactoriamente el libro de trabajo

**La Ira**

Y se otorga este certificado este 12th día de Septiembre, 2025.

Dr. Branco
Psicóloga

# Certificado de Completación

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*Esto certifica que:*

**Oliveros Chero, Sandro**

Reg. No. 61506-511

Ha completado satisfactoriamente el libro de trabajo

**Crecimiento Personal**

*Y se otorga este certificado este 13th day of Mayo, 2025.*

Dr. Branco
Psicóloga

# Certificate of Completion

This certifies that

## SANDRO OLIVEROS CHERO

completed the following program:

## The National Parenting Program: Phase One

05/27/25

DATE



*G. Matey*

G. Matey, Special Population Coordinator

MDC BROOKLYN



# Certificado de Completación

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*Esto certifica que:*

## Sandro Oliveros Chero
*Reg. No. 61506-511*



Ha completado satisfactoriamente el libro de trabajo

## El Poder Del Dialogo Interno

Y se otorga este certificado este 17th dia de Diciembre, 2025.

Dr. Branco
Psicóloga