UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

SANDRO OLIVEROS-CHERO,

Defendant.

**FINAL ORDER OF FORFEITURE**

S2 25 Cr. 41 (DLC)

WHEREAS, on or about March 5, 2024, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 138), which ordered the forfeiture to the United States of all right, title and interest of SANDRO OLIVEROS-CHERO (the "Defendant") in:

a. the following property seized by the Government on or about October 9, 2024 from the vicinity of 3574 DeKalb Avenue, Bronx, New York:

i. one aqua blue and grey Glock 19, serial number BUPF745;

ii. 15 rounds of 9mm ammunition of various makes described on NYPD Invoice No. 2001400330, Line 4;

iii. 31 rounds of 9mm ammunition of various makes described on Invoice No. 2001400330, Line 5;

iv. 28 rounds of GFL 9mm ammunition described on NYPD Invoice No. 2001400331, Line 1;

v. 9 rounds of PMC .40-caliber ammunition described on NYPD Invoice No. 2001400348, Line 1;

vi. a grey .40-caliber Polymer80 "ghost gun";

vii. 12 rounds of PMC Smith & Wesson .40-caliber ammunition described on NYPD Invoice No. 2001400318, Line 4;

viii. 29 rounds of PMC .40-caliber described on NYPD Invoice No. 2001400318, Line 5; and

ix. 2 rounds of PMC .40-caliber ammunition described on NYPD Invoice No. 2001400318, Line 6

(the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on April 21, 2026, for thirty (30) consecutive days, through May 20, 2026, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court;

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Customs and Border Protection (or its designee, the Office of Fines, Penalties and Forfeiture), shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
August 24, 2026

SO ORDERED:

Denise Cote
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE